Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Bank of America Corporation

**FILED**
SEP 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

MEJ

| | |
|---|---|
| CISCO VILLALTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: C 12 4717<br><br>[Removal from Superior Court of California, County of San Mateo Case CIV 515646]<br><br>**INTRADISTRICT ASSIGNMENT**<br>**(L.R. 3-2(c))**<br><br>**[FEDERAL QUESTION]**<br><br>Complaint Filed: July 26, 2012 |

1  Pursuant to L.R. 3.2(c) and (d), Intradistrict assignment in the San Francisco
2  division is proper because the State Action arose in San Mateo County, California.

3
4  DATED: September 10, 2012

5
6              REED SMITH LLP
7
   By _____
8     Abraham Colman
      Raagini Shah
9     Attorneys for Defendant Bank of America
      Corporation

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                           ) ss
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

    I am readily familiar with the firm's business practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under said practice, correspondence is deposited with the U.S. Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this declaration.

    On September 10, 2012, I served the foregoing document described as: **INTRADISTRICT ASSIGNMENT** by having placed a true copy thereof in a sealed envelope addressed as follows:

    Cisco Villalta
    564 S. Oak Park Way
    Emerald Hills, CA 94062
    Telephone: (650) 743-2520
    Facsimile: (650) 506-8568

I deposited such envelope with postage thereon prepaid with the United States Postal Service at 355 South Grand Avenue, Suite 2900, Los Angeles, California.

    I am employed in the office of a member of the bar at whose direction service was effected.
    Executed on September 10, 2012, at Los Angeles, California.

_Charles Koster_ [signature]

Charles Koster
Type or Print Name